UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____

SUSAN COURTNEY,	Case No. 19-13288-BFK
	Chapter 7
    Plaintiff,	Adversary Proceeding No. 19-01123-BFK

v.

GABY A. TOUMA

    Defendant.
_____

**AGREED ORDER TO ENLARGE TIME**

This matter comes upon the motion of the Plaintiff, with the agreement and consent of the Defendant, to enlarge the time for filing her Memorandum in Opposition to Defendant's Motion to Dismiss; and

IT APPEARING TO THE COURT that the Defendant consents to this Motion and that the motion is otherwise proper; it is hereby

ORDERED that the Plaintiff's deadline for filing a Memorandum in Opposition to Defendant's Motion to Dismiss should be and hereby is extended to February 13, 2020, and Defendant's Reply Memorandum shall be due by February 21, 2020.

ENTERED this _____ day of February, 2020.

Feb 3 2020		/s/ Brian F. Kenney
			JUDGE

Entered on Docket: February 3, 2020

PRESENTED

/s/    Thomas R. Breeden
Thomas R. Breeden, Esquire, VSB # 33410
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, Virginia 20109
Telephone:  (703) 361-9277
Facsimile:  (703) 337-0441

Email:  trb@tbreedenlaw.com

*Counsel for Plaintiff*

SEEN AND AGREED

/s/    Jacqueline A. Kramer, Esquire
Thomas K. Plofchan, Jr, Esquire
Jacqueline A. Kramer, Esquire
Westlake Legal Group
 46175 Westlake Drive, # 320
Sterling, Virginia 20165
Telephone:  (703) 406-7616
Facsimile:  (703) 444-9498

Email: jkramer@westlakelegal.com

*Counsel for Defendant*